UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN SHOCKLEY, | No. 2:15-cv-2157 KJN P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR YOUNG, | |
| Defendant. | |

Plaintiff is proceeding, without counsel, with this civil rights action. Plaintiff consented to the jurisdiction of the undersigned. (ECF No. 6.)

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated: March 31, 2016

Shock2157.dis

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1